```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

TATA AIG GENERAL INSURANCE CO.,  )
LTD.,                            )
                                 )
     Plaintiff,                  )
                                 )
        v.                       )    NO.  3:12-0067
                                 )    Judge Haynes/Bryant
BRITISH AIRWAYS PLC CORPORATION, )
                                 )
     Defendant.                  )

## O R D E R

This matter has been referred to the undersigned by the Chief Judge to conduct a settlement conference with the parties (Docket Entry No. 31). A telephone conference will be held with the parties on **August 9, 2012, at 10:00 a.m.** to discuss a date convenient to both parties. Counsel for the plaintiff shall initiate the conference call.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge